UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
DANVIL DAVIS                        Criminal 3:02CR275 JCH
Petitioner                          Civil No.3:05CV86 JCH

    v.

UNITED STATES OF AMERICA,           January 27, 2005
Respondent
```

ORDER TO SHOW CAUSE

Upon the petition of Danvil Davis, the respondent is hereby ORDERED to show cause as to why the relief prayed for in the motion under 28 USC 2255 to vacate, set aside or correct should not be granted. The Court further ORDERS that service by the United States Marshal of this Order, together with a copy of the motion on respondent's representative, Kevin O'Connor, United States Attorney, 157 Church Street, New Haven, CT, on or before February 2, 2005 shall be deemed sufficient. The respondent shall file its response by February 23, 2005. Any reply shall be filed by the petitioner by March4, 2005.

It is further ORDERED that the petitioner shall be permitted to proceed in this action without prepayments of fees and costs or security therefore, in accordance with 28 USC 1915(a).

SO ORDERED.

Dated at Bridgeport, Connecticut, this 27th day of January, 2005.

/s/CatherineBoroskey
Janet C. Hall, U.S.D.J.