UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

DANVIL DAVIS                                    :

      v.                                         :          Crim. No. 3:02CR275(JCH)
                                                    Civil No, 3:05CV86(JCH)

UNITED STATES OF AMERICA            :          February 23, 2005

## GOVERNMENT'S MOTION FOR ADDITIONAL TIME
## TO RESPOND TO ORDER TO SHOW CAUSE

The United States of America, by and through its undersigned Assistant United States Attorney, hereby moves for a additional time to respond to the Order to Show Cause entered in this matter, and in support thereof, states as follows:

1. On approximately January 11, 2005, Danvil Davis, through his attorney, filed a motion under 28 U.S.C. § 2255 to vacate, set aside or correct his previously imposed sentence in this case. On January 27, 2005 this Court entered an Order To Show Cause requiring a  response from the Government by February 23, 2005.

2. Undersigned counsel was the attorney for the Government at the time that the sentence that is now being challenged was imposed.  At the time that the instant petition was filed, undersigned counsel did not receive a copy.

3. Undersigned counsel first learned of the nature of the defendant's request when provided a copy of the motion last week.  Due to other court activities last week, undersigned counsel has been unable to address the merits of the motion, other than retrieving the case file from storage, and can not provide a response to the motion within the time allotted by the Court.  Accordingly, the United States would request that the Court grant an additional two weeks within which to respond to the

motion as filed.

4. Todd Bussert, attorney for petitioner Danvil Davis has been apprized of this request for additional time and has advised that he has no objection.

WHEREFORE, the United States respectfully requests that this Court permit the United States to file a response to the Order to Show Cause on or before March 11, 2005.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY


By:     MICHAEL E. RUNOWICZ
        ASSISTANT UNITED STATES ATTORNEY
        Federal Bar No. ct08084
        P.O. Box 1824
        New Haven, CT  06508
        (203) 821-3700

<u>CERTIFICATE OF SERVICE</u>

This is to certify that a copy of the within and foregoing was mailed this 23rd day of February, 2005 to counsel for the defendant:

Todd Bussert, Esq.
103 Whitney Avenue
Suite 4
New Haven, CT 06510-1229

_____
MICHAEL E. RUNOWICZ
ASSISTANT UNITED STATES ATTORNEY