UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DANVIL DAVIS | : | |
| V. | : | Crim. No. 3:02CR275(JCH)<br>Civil No. 3:05CV86(JCH) |
| UNITED STATES OF AMERICA | : | March 10, 2005 |

**GOVERNMENT'S REQUEST FOR AN ORDER AND ADDITIONAL TIME TO RESPOND TO DEFENDANT'S MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY PERSON IN FEDERAL CUSTODY**

By motion and memorandum filed January 11, 1005, the defendant Danvil Davis has moved to vacate the sentence imposed in this case to allow this Court to consider downward departure issues that he asserts were available at time of sentencing but were not raised due to ineffective assistance of counsel. Defendant Davis asserts that he was denied the right to effective representation due to the failure of his trial counsel, Andrew Bowman, Esq., to argue sentencing manipulation and to represent that he (the defendant) had a gambling problem which could have led to the drug dealing that served as the basis for his conviction.

In preparation of a response to defendant's motion, the Government provided a copy of the motion and the accompanying memorandum to Mr. Bowman, seeking a response to the assertions made therein by the defendant. Mr. Bowman has indicated that he has read the provided materials and is willing to provide an affidavit regarding the issues raised. However, Mr. Bowman is uncomfortable with disclosing the nature of his contacts and conversations with his client absent a order by this Court to do so or by express waiver by Mr. Davis.

1

Accordingly, the Government requests that the Court order Mr. Bowman to supplement the record with an affidavit regarding discussions, if any, of the issues raised in the motion to vacate sentence. See, e.g., Santana v. United States, 2005 WL 180932 at *6 (S.D.N.Y. Jan 26, 2005); Rodriguez v. New York, 2002 WL 31251007 at *1-2 (S.D.N.Y. Oct. 8, 2002) (citing cases); Davila-Bajana v. United States, 2002 WL 2022646 at *4 (E.D.N.Y. Jun. 26, 2002) (Raggi, J.) (based on defense attorney's affidavit contradicting petitioner's account, court rejected, without holding a hearing, petitioner's § 2255 claim that his attorney ignored his request to file a notice of appeal); Rosa v. United States, 170 F. Supp. 2d 388, 398-99 (S.D.N.Y. 2001) (matter resolved on basis of "a detailed affidavit from trial counsel credibly describing the circumstances concerning [Gonzalez's] failure to testify."). Once that affidavit is received by the Government, the Government will be in a position to file a response to the defendant's motion.

By previous order this Court had directed to file a response by March 11, 2005. As the Government has need of information only obtainable from Mr. Bowman before it can respond to the defendant's motion in its entirety, the Government would request the Court to allow it additional time to receive an affidavit from Mr. Bowman should the Court grant the request for an order made herein before responding to the defendant's motion. Government counsel will be commencing trial in approximately one week with this Court in the related cases, United States v. Keith Karlac, 3:04CR60 (JCH), and United States v. Marvin Ogman, 3:04CR60 (JCH). The trials are expected to end in early April. Government counsel will be thus unavailable to devote the attention to this matter that would be necessary to prepare an adequate response to the allegations and assertions made by the defendant.

Accordingly, the Government would request that the Court allow it to file a response by April

21, 2005 or two weeks after a submission of an affidavit by Mr. Bowman, which ever date would be the later.

        Respectfully submitted,

        KEVIN J. O'CONNOR
        UNITED STATES ATTORNEY


By:    MICHAEL E. RUNOWICZ
        ASSISTANT UNITED STATES ATTORNEY
        Federal Bar No. ct08084
        P.O. Box 1824
        New Haven, CT  06508
        (203) 821-3700

CERTIFICATE OF SERVICE

      This is to certify that a copy of the within and foregoing was mailed this 10th day of March, 2005 to counsel for the defendant:

Todd Bussert, Esq.
103 Whitney Avenue
Suite 4
New Haven, CT 06510-1229

                                                _____
                                                MICHAEL E. RUNOWICZ
                                                ASSISTANT UNITED STATES ATTORNEY