UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CIVIL ACTION NO. |
| | : | 3:05-cv-86 |
| | : | CRIMINAL ACTION NO. |
| v. | : | 3:02-CR-275 (JCH) |
| | : | |
| DANVIL DAVIS, | : | MAY 27, 2005 |
| Defendant. | | |

**ORDER**

Defendant Danvil Davis has moved [Dkt. No. 35] to vacate the sentence imposed in the above captioned criminal case based on ineffective assistance of counsel. Davis argues that his Sixth Amendment right to counsel was violated when his trial counsel, Mr. Andrew Bowman, Esq., failed to raise the issues of sentencing manipulation and Davis's gambling problem (as a reason for his drug dealing) at Davis's sentencing hearing. Davis argues that this information should have been before the court and that the court should vacate his sentence in order to consider a downward departure for Davis. In response, the Government requests an extension of time in which to file its response and requests that the court order Attorney Bowman to provide affidavit testimony concerning the issues raised by Davis.

> Rule 1.6(d) of the Connecticut Rules of Professional Conduct states:
>
> A lawyer may reveal [information relating to representation of a client] to establish a claim or defense on behalf of the lawyer in a controversy between the lawyer and the client, to establish a defense to a criminal charge or civil claim against the lawyer based upon conduct in which the client was involved, *or to respond to allegations in any proceeding concerning the lawyer's representation of the client.*

Connecticut Rules of Prof'l Conduct R. 1.6(d) (emphasis added). As such, Attorney Bowman may provide affidavit testimony with regard to any issue raised by Davis

concerning Bowman's previous representation in this proceeding.  See Santana v. United States, No. 04 Civ. 1111(SAS), 2005 WL 180932, at *6 (S.D.N.Y. Jan. 26, 2005) (quoting affidavit testimony of former trial counsel on issue of ineffective assistance of counsel).

Therefore, upon the petition of the United States of America, it is hereby:

ORDERED that Mr. Andrew Bowman, Esq. provide affidavit testimony to counsel of record in this proceeding concerning the issues raised by Danvil Davis as part of his claim of ineffective assistance of counsel, on or before **JUNE 6, 2005.**

ORDERED that the government respond to Davis's motion to vacate his sentence, on or before **JUNE 20, 2005.**

**SO ORDERED.**

Dated at Bridgeport, Connecticut this 27th day of May, 2005.

/s/ Janet C. Hall
Janet C. Hall
United States District Judge