IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| DANVIL DAVIS, Reg. No. 14904-014 : | |
| Federal Correctional Institution – Camp | |
|     Fort Dix, New Jersey : | **DOCKET NOS.  3:02-cr-00275-JCH** |
| |                    **3:05-cv-00086-JCH** |
| Defendant, : | |
| v. : | July 26, 2005 |
| UNITED STATES OF AMERICA : | |

**CONSENT MOTION FOR ADDITIONAL TIME
TO REPLY TO THE GOVERNMENT'S ANSWER**

COMES NOW Danvil Davis, by and through undersigned counsel and pursuant to the Rules Governing Section 2255 Cases in the United States District Courts and 28 U.S.C. § 2243, to request additional time, specifically 90 days, that is, to and including October 24, 2005, to reply to the government's response in the above-captioned matter. In support of this request, Mr. Davis states as follows:

    1. On January 11, 2005, Mr. Davis filed a Motion Under 28 U.S.C. § 2255 [Docket #35] and a related Memorandum In Aid of Determination Under Rule 4(b) of the Rules Governing Section 2255 Cases in the United States District Courts (Dec. 2004) ("§ 2255 Rules") [Docket #36].

    2. On January 27, 2005, the Court entered an Order To Show Cause [Docket #37].

    3. On June 20, 2005, the government filed its response to Mr. Davis's January 11 submissions [Docket #43].

    4. Appended to the government's response was an Affidavit of Counsel from Attorney Andrew B. Bowman [Docket #43-Attachement #1], Mr. Davis's trial counsel in the underlying criminal matter. Attorney Bowman's affidavit included discussion of his representation of Mr.

Davis and, <u>inter alia</u>, the issues of Mr. Davis's gambling history and sentencing manipulation/ entrapment.

    5. The § 2255 Rules allow for the moving party to submit a reply to the respondent's answer within a time fixed by the Court. Rule 5(c). Additionally, the § 2255 Rules permit the party against whom additional materials (e.g., an affidavit) are offered an opportunity to admit or deny their correctness. Rule 7(c); <u>see</u> <u>also</u> 28 U.S.C. § 2243 ("person detained may, under oath, deny any facts set forth in the return or allege any other material facts").

    6. Whereas Attorney Bowman's affidavit calls into question his discussions with several parties close to Mr. Davis's case, to include Mr. Davis, Mr. Davis's appointed State counsel, Mr. Davis's sister and the mothers of Mr. Davis's children, undersigned counsel requires additional time to interview these individuals, and potentially others, so as to adequately reply to Attorney Bowman's statements.

    7. Undersigned counsel is responsible for a principal brief in the Connecticut Appellate Court that is due August 1; two State petitions for writs of habeas corpus that are set for trial in September, and a petition for writ of certiorari to the United States Supreme Court, which is due on September 26, 2005. Additionally, undersigned counsel will be out-of-State for eight business days in August and two in September.

    8. Mr. Davis remains in custody at the Federal Correctional Institution-Camp in Fort Dix, New Jersey, with a projected release date of November 25, 2010. He will not be prejudiced by the additional time requested.

    9. The government (AUSA Michael E. Runowicz) has no objection to this request.

WHEREFORE, Danvil Davis prays that the Court grant the requested extension.

Dated: July 25, 2005 　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/ Todd Bussert
　　　　　　　　　　　　　　　　By:　TODD BUSSERT, CT24328
　　　　　　　　　　　　　　　　　　　103 Whitney Avenue, Suite 4
　　　　　　　　　　　　　　　　　　　New Haven, CT 06510-1229
　　　　　　　　　　　　　　　　　　　(203) 495-9790; Fax: (203) 495-9795
　　　　　　　　　　　　　　　　　　　tbussert@bussertlaw.com

　　　　　　　　　　　　　　　　Attorney for Movant

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the Mr. Davis's Motion for Additional Times was served via first class mail, postage prepaid, this 26th day of July 2005 on the following:

　　　　AUSA Michael E. Runowicz
　　　　United States Attorney's Office
　　　　　for the District of Connecticut
　　　　P.O. Box 1824
　　　　New Haven, CT 06510

　　　　　　　　　　　　　　　　　/s/ Todd Bussert
　　　　　　　　　　　　　　　　Todd A. Bussert

3