IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DANVIL DAVIS, Reg. No. 14904-014 | : | |
| Federal Correctional Institution – Camp | | |
|    Fort Dix, New Jersey | : | **DOCKET NOS.  3:02-cr-00275-JCH** |
| | | **3:05-cv-00086-JCH** |
| Defendant, | : | |
| | | |
| v. | : | October 12, 2005 |
| | | |
| UNITED STATES OF AMERICA | : | |

**CONSENT MOTION FOR ADDITIONAL TIME
TO REPLY TO THE GOVERNMENT'S ANSWER**

     COMES NOW Danvil Davis, by and through undersigned counsel and pursuant to the Rules Governing Section 2255 Cases in the United States District Courts and 28 U.S.C. § 2243, to request additional time to reply to the government's response in the above-captioned matter from October 24, 2005 to and including December 12, 2005.  In support of this request, to which the government does not object, Mr. Davis states as follows:

     1. On January 11, 2005, Mr. Davis filed a Motion Under 28 U.S.C. § 2255 [Docket #35] and a related Memorandum In Aid of Determination Under Rule 4(b) of the Rules Governing Section 2255 Cases in the United States District Courts (Dec. 2004) ("§ 2255 Rules") [Docket #36].

     2. On January 27, 2005, the Court entered an Order To Show Cause [Docket #37].

     3. On June 20, 2005, the government filed its response to Mr. Davis's January 11 submissions [Docket #43].

     4. Appended to the government's response was an Affidavit of Counsel from Attorney Andrew B. Bowman [Docket #43-Attachement #1], Mr. Davis's trial counsel in the underlying criminal matter.  Attorney Bowman's affidavit included discussion of his representation of Mr.

Davis and, <u>inter alia</u>, the issues of Mr. Davis's gambling history and sentencing manipulation/ entrapment.

5. The § 2255 Rules allow for the moving party to submit a reply to the respondent's answer within a time fixed by the Court. Rule 5(c). Additionally, the § 2255 Rules permit the party against whom additional materials (e.g., an affidavit) are offered an opportunity to admit or deny their correctness. Rule 7(c); <u>see</u> also 28 U.S.C. § 2243 ("person detained may, under oath, deny any facts set forth in the return or allege any other material facts").

6. On July 28, the Court granted Mr. Davis's Motion for Extension of Time, which established the current, October 24 due date. [Docket #s 44, 45].

7. Undersigned counsel is in the process of completing interviews of individuals close to Mr. Davis, so as to adequately reply to Attorney Bowman's statements, and seeks to file Petitioner's reply before December 12, 2005; no additional requests for extensions of time are anticipated.

8. Mr. Davis remains in custody at the Federal Correctional Institution-Camp in Fort Dix, New Jersey, with a projected release date of November 25, 2010. He will not be prejudiced by the additional time requested.

9. The government (AUSA Michael E. Runowicz) has no objection to this request.

WHEREFORE, Danvil Davis prays that the Court grant the requested extension.

Dated: October 12, 2005                    Respectfully submitted,

                                              /s/ Todd Bussert
By:   TODD BUSSERT, CT24328
      103 Whitney Avenue, Suite 4
      New Haven, CT 06510-1229
      (203) 495-9790; Fax: (203) 495-9795
      tbussert@bussertlaw.com

<u>Attorney for Movant</u>

2

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the Mr. Davis's Motion for Additional Times was served via first class mail, postage prepaid, this 12th day of October 2005 on the following:

>AUSA Michael E. Runowicz
>United States Attorney's Office
>  for the District of Connecticut
>P.O. Box 1824
>New Haven, CT 06510


       /s/ Todd Bussert
    Todd A. Bussert