**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| DANVIL DAVIS, Reg. No. 14904-014 | : | |
| Federal Correctional Institution – Camp | | |
|    Fort Dix, New Jersey | : | **DOCKET NOS.  3:02-cr-00275-JCH** |
| | | **3:05-cv-00086-JCH** |
|    Defendant, | : | |
| v. | : | December 12, 2005 |
| UNITED STATES OF AMERICA | : | |

**NOTICE OF MANUAL FILING**

Please take notice that Mr. Davis manually filed the four (4) exhibits to his reply to the

government's memorandum in opposition because undersigned counsel does not own the

requisite hardware, that is, a scanner, to convert the documents into an electronic (i.e., .pdf)

format.  The enclosed have been manually served on AUSA Runowicz.

Respectfully submitted,

BY: _____
     TODD A. BUSSERT, CT24328
     103 Whitney Avenue, Suite 4
     New Haven, CT 06510-1229
     (203) 495-9790; Fax: (203) 495-9795
     tbussert@bussertlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served via first class mail, postage

prepaid, this 12th day of December 2005 on the following:  AUSA Michael E. Runowicz, United

States Attorney's Office for the District of Connecticut, P.O. Box 1824, New Haven, CT 06510.

_____
Todd A. Bussert