UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

v.                                                             CRIMINAL ACTION NO.

DANVIL DAVIS,                                       3:02CR00275  (JCH)
         Defendant.

MARCH 25, 2008

### ORDER TO SHOW CAUSE

The United States of America is hereby ORDERED to SHOW CAUSE by April 15, 2008, why the defendant should not be given a sentence of 87 months, on Count One.

Counsel are directed to confer before April 15, 2008, and if the government and the defendant are in agreement, to report such to the court by April 15, 2008.

**SO ORDERED.**

Dated at Bridgeport, Connecticut this 25th day of March, 2008.

　　　　　　　　　　　　　　　　　　　　　　/s/ Janet C. Hall
　　　　　　　　　　　　　　　　　　　　　Janet C. Hall
　　　　　　　　　　　　　　　　　　　　　United States District Court